UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL BECERRA QUIROZ,<br>Petitioner<br>v.<br>CHRISTIAN PFEIFFER,<br>Respondent. | Case No. CV 14-7826-JAK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE:  August 26, 2021

---
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE